# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVONTE DOUGLAS,<br><br>          Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>          Respondent. | No. 2:20-CV-0597-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's motion for a 90-day extension of time to file his petition. See ECF No. 1.

        In his motion, petitioner states that his one-year filing deadline under the Anti-Terrorism and Effective Death Penalty Act (AEDPA) expires "June 18, 2020. . . ." Id. at 1. Because, by petitioner's own statement, the deadline to file his federal habeas corpus action has not yet expired, petitioner's motion for an extension of time is denied as unnecessary. Petitioner shall file a petition on the form employed by this Court within 30 days. The failure to do so may result in dismissal of the action. See Local Rule 110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a 90-day extension of time (ECF No. 1) is denied, without prejudice to a further request for extension should additional time be necessary at a future point;

2. Petitioner shall file a petition on the form employed by this court within 30 days of the date of this order; and

3. The Clerk of the Court is directed to forward to petitioner this Court's form for habeas corpus petitions by state prisoners.

Dated: March 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE